FLORENCE M. CLARKE, Respondent, *v.* MASON. AU AND MAGENHEIMER CONFECTIONERY MANUFACTURING COMPANY, Appellant, Impleaded with Another.

(Argued April 26, 1934; decided May 22, 1934.)

*F. A. W. Ireland* for appellant.

*Milton M. Eisenberg* and *Ralph Weller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.